**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Trenton B., et al.

                                  Plaintiff,

v.                                                                 Case No.: 1:20–cv–06694
                                                                        Honorable Andrea R. Wood

Sunnybrook School District 171

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 15, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's unopposed motion to approve settlement [20] is granted. Pursuant to Local Rule 17.1, the Court has reviewed the proposed settlement of the claims brought on behalf of the minor plaintiffs. The Court finds the settlement to be a fair and reasonable resolution of this matter. Accordingly, the settlement is approved. As contemplated by the settlement agreement, this case is dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice on 9/20/2021, unless a party to this action seeks leave to reinstate it. All other pending motions and hearing dates are stricken as moot. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.